**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1900**

In re:  LEMOYNE VENEY, a/k/a Victor Demaris

Petitioner.

On Petition for Writ of Mandamus.
(Nos. 1:11-cr-00691-RDB-1; 1:14-cv-02324-RDB)

Submitted:  October 20, 2015          Decided:  October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Lemoyne Veney, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemoyne Veney petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion  He seeks an order from this court directing the district court to act.  We find the present record does not reveal undue delay in the district court.  Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>